# EXHIBIT A

**WARRANT IN DEBT — SMALL CLAIMS DIVISION**
Commonwealth of Virginia   VA. CODE § 16.1-79; 16.1-122.3

............Falls Church.............................................. General District Court
                CITY OR COUNTY

......City Hall........................................................................................
                STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s).
TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on

................................................... to answer the Plaintiff(s)' civil claim (see below)
        RETURN DATE AND TIME

................................. ........................................................
        DATE ISSUED            [ ] CLERK    [ ] DEPUTY CLERK   [ ] MAGISTRATE

CLAIM: Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$............. net of any credits, with interest at ............% from ..................... until paid.
                                            INTEREST RATE    DATE FROM WHICH IS DUE

$................. costs with the basis of this claim being
    COSTS
[ ] Open Account  [ ] Contract  [ ] Note  [ ] Other (EXPLAIN)............................
................................................................................................
HOMESTEAD EXEMPTION WAIVED? [ ] YES   [ ] NO   [ ] cannot be demanded

.................... ........................................................
    DATE               [ ] PLAINTIFF            [ ] PLAINTIFF'S EMPLOYEE

**CASE DISPOSITION**
[ ] JUDGMENT that the Plaintiff(s) recover against [ ] named Defendant(s) [ ]...................

$................ net of any credits, with interest at ............% from .................... until paid.
                                            INTEREST RATE    DATE FROM WHICH IS DUE

$................. costs
    COSTS
HOMESTEAD EXEMPTION WAIVED? [ ] YES   [ ] NO   [ ] CANNOT BE DEMANDED
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ].......................................
[ ] NON-SUIT  [ ] DISMISSED ....................................................................
Defendant(s) Present? [ ] YES.................................
                      [ ] NO
[ ] Indemnifying bond of $......................[ ]secured [ ] unsecured required for lost instrument
                                                                   (Va. Code § 8.01-32)

..................  ..................................
    DATE                    JUDGE

FORM DC-402 (FRONT) 10/07   (A143616 5/14)

---

RETURN DATE            CASE NO.

............................................................
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

............................................................

............................................................

                    v.

............................................................
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

............................................................

**WARRANT IN DEBT—**
**SMALL CLAIMS DIVISION**

◦ ◦ ◦

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. By law, this case must be tried on the return date above unless all parties agree upon a different date for trial. Other continuances shall be granted by the court only for good cause shown.

◦ ◦ ◦

Grounds of Defense........................... ................
                            ORDERED             DUE

**DISABILITY ACCOMMODATIONS** for loss of hearing, vision, mobility, etc., contact the court ahead of time.

---

NEXT HEARING DATE AND TIME

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION

..................
    DATE

..................
    CLERK