IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| GLENN H. STEPHENS, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:15cv726 |
| | ) | |
| TINA QUARLES, | ) | (Formerly Falls Church General |
| | ) | District Court, No. GV15-85) |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that pursuant to the provisions of 28 U.S.C. § 2679(d)(1), the United States of America has been substituted by operation of law as party defendant in place of Tina Quarles with respect to the causes of action brought against Ms. Quarles in plaintiff's warrant in debt in the above-captioned matter. Pursuant to 28 U.S.C. § 2679(d)(1), this substitution has occurred by operation of law upon certification that Ms. Quarles was an employee of the federal government acting within the scope of her employment at the time of the events out of which the plaintiff's claims arose. This certification is attached as Exhibit A to the instant paper.

//

//

//

        Respectfully submitted,

        DANA J. BOENTE
        UNITED STATES ATTORNEY

By:      /s/
        AYANA N. FREE
        Assistant United States Attorney
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Phone: (703) 299-3785
        Fax:    (703) 299-3983
        Email: ayana.free@usdoj.gov

DATE: June 16, 2015         ATTORNEYS FOR UNITED STATES

        OF COUNSEL:
        Brandi A. Peters
        Senior Counsel
        U.S. Department of Agriculture

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I served an exact and true copy of the foregoing on the plaintiff proceeding *pro se* by causing it to be deposited in the United States Mail, first class postage prepaid, addressed to the following:

Glenn H. Stephens, III
210 E. Fairfax Street, Apt 302
Falls Church, Virginia 22046
*Plaintiff pro se*

Date: June 16, 2015                              _____
                                                           AYANA N. FREE
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3785
Fax:    (703) 299-3983
Email: ayana.free@usdoj.gov

ATTORNEYS FOR THE UNITED STATES