# EXHIBIT A



United States Attorney's Office
Eastern District of Virginia

## CERTIFICATION

I, Dana J. Boente, United States Attorney for the Eastern District of Virginia, pursuant to the provisions of 28 U.S.C. § 2679(d)(1), and by virtue of the authority vested in me by 28 C.F.R. § 15.4, hereby certify that I am familiar with the allegations made in the warrant of debt filed by the plaintiff, Glenn H. Stephens, in *Glenn H. Stephens, III v. Tina Quarles*, Case No. GV15-85 (Falls Church Gen. Dist. Ct.), pending in the Falls Church General District Court. On the basis of the information now available with respect to the claims set forth therein, I hereby find and certify that the named defendant, Tina Quarles, was acting within the scope of her federal office or employment at the time of the incident out of which the plaintiff's claim arose.

Dated: June 6, 2015

By: *Dana Boente*
DANA J. BOENTE
UNITED STATES ATTORNEY