# DEFENDANT'S EXHIBIT 1

**WARRANT IN DEBT — SMALL CLAIMS DIVISION**
Commonwealth of Virginia    VA. CODE § 16.1-79; 16.1-122.3

Falls Church ............................ General District Court
CITY OR COUNTY

City Hall 300 Park Av Room 107E Falls Church Va 22046
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s).
TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on

June 10, 2015 @ 9:00am ......... to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

May 21, 2015 ............    /s/ ............................
DATE ISSUED         [ ] CLERK   [✓] DEPUTY CLERK   [ ] MAGISTRATE

CLAIM: Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$ 4,999 net of any credits, with interest at .......... % from ................. until paid.
         INTEREST RATE    DATE FROM WHICH IS DUE

$ .................. costs with the basis of this claim being
COSTS
[ ] Open Account  [ ] Contract  [ ] Note  [✓] Other (EXPLAIN) ...........................
Defamation Per Se ...............................

HOMESTEAD EXEMPTION WAIVED? [ ] YES    [ ] NO    [ ] cannot be demanded

5/21/15 ........                /s/ Glenn Stephens ........................
DATE                    [✓] PLAINTIFF     [ ] PLAINTIFF'S EMPLOYEE

**CASE DISPOSITION**
[ ] JUDGMENT that the Plaintiff(s) recover against [ ] named Defendant(s) [ ] ....................

$ ............... net of any credits, with interest at ............% from ................ until paid.
                          INTEREST RATE         DATE FROM WHICH IS DUE

$ ............... costs
COSTS
HOMESTEAD EXEMPTION WAIVED? [ ] YES    [ ] NO    [ ] CANNOT BE DEMANDED
[ ] JUDGMENT FOR  [ ] NAMED DEFENDANT(S) [ ] .........................................
[ ] NON-SUIT  [ ] DISMISSED ...........................................................
Defendant(s) Present?   [ ] YES ..............................
                        [ ] NO
[ ] Indemnifying bond of $ ..................... [ ] secured [ ] unsecured required for lost instrument
                                                                        (Va. Code § 8.01-32)

..................        .............................................
DATE                         JUDGE

FORM DC-402 (FRONT) 10/07    (A143616 5/14)

---

| RETURN DATE | CASE NO. |
|---|---|
| June 10, 2015 | GV15-85 |

PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

Stephens, Glenn H.
716 S. Jaxlin Street
Falls Church Va 22046

v.

DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

Quarles, Tina

**WARRANT IN DEBT—**
**SMALL CLAIMS DIVISION**

* * *

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. By law, this case must be tried on the return date above unless all parties agree upon a different date for trial. Other continuances shall be granted by the court only for good cause shown.

* * *

Grounds of Defense ........................... .................
                              ORDERED             DUE

..........................................................

**DISABILITY ACCOMMODATIONS** for loss of hearing, vision, mobility, etc., contact the court ahead of time.

---

| NEXT HEARING DATE AND TIME |
|---|
| June 10, 2015 @ 9am |
| .................. |
| .................. |
| .................. |
| .................. |
| .................. |
| .................. |
| .................. |
| .................. |
| .................. |

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION

..................
DATE

..................
CLERK