# PLAINTIFF'S EXHIBIT 2

# Performance Evaluation

Panun
Expect Excellen

Name: Glenn Stephens

X Employee ☐ Contractor
Department: USDA/Office of the Assistant Secretary of Civil Rights
Employment Investigation Division (EID)
Job Title: Equal Opportunity Specialist
Supervisor: Dhavid Cayanan
Review Period: October 1, 2013 – April 10, 2015
Completion Date: April 10, 2015

| Sections | Low 1 | 2 | 3 | 4 | High 5 | n/a |
|---|---|---|---|---|---|---|
| **Job Knowledge** Possesses and applies the necessary knowledge and skill sets for the position. | | | | | X | |
| **Quality of Work** Employee produces work that is up to the standards of the employer and client(s) | | | | | X | |
| **Quantity of Work** Employee produces the required amount of work for the job | | | | | X | |
| **Follows Instructions** Follows directions and asks questions, as necessary, to meet desired results. | | | | | X | |
| **Personal Initiative** Performs duties without constant direction. | | | | | X | |
| **Planning** Demonstrates ability to plan and schedule work activities effectively, arranges workload to resources available to get desired result, allows flexibility in planning to accommodate changing needs by adopting alternate plans, and copes well with unexpected occurrences through proper planning. | | | | | X | |
| **Problem Solving** Demonstrates ability to evaluate problems and situations calmly and identify problem areas which need to be addressed. | | | | | X | |
| **Time Management** Organizes work to use time effectively and efficiently. | | | | | X | |
| **Decision Making** Demonstrates effective decision making skills. Makes suggestions and demonstrates initiative in executing directed tasks. | | | | | X | |
| **Leadership Skills** Leads by example, sets strategic direction and manages others to meet company's goals, has high standards of ethics, and consistently demonstrated leadership abilities through work pace and productivity | | | | | X | |
| **Oral Communication** Demonstrates effective oral communication skills and conveys ideas and information in a clear and concise manner. | | | | | X | |
| **Written Communication** Demonstrates effective written communication skills and conveys ideas and information in a written format. | | | | | X | |
| **Peer Relations** Cooperates with others to effectively and efficiently accomplish work and help create and maintain good working relationships, provides assistance and back-up when necessary. | | | | | X | |
| **Supervisory Relations** Cooperates with immediate supervisor to accomplish work effectively and efficiently, provides effective assistance, training and back-up when applicable, and provides a system of oral and written communication. | | | | | X | |
| **Managerial Style** Effective at providing employees constructive feedback and maintains ongoing communication with employees, creates an inclusive work environment where everyone feels they are part of a team, sets expectations and helps employees to meet them, and sets a vision and manages resources to meet it. | | | | | | X |
| **Professionalism and Presentation** Presents a clean, neat, and tasteful appearance according to the requirements of position and accepted social standards and as noted in Panum Personnel Handbook section 3-09. | | | | | X | |
| **Punctuality and Attendance** Rarely absent, works required hours, and arrives punctually to work and scheduled meetings. | | | | | X | |
| **Accountability** Accepts responsibility for actions and/or accomplishments. | | | | | X | |
| List employee's/ contractor's strong points and other contributions to the Customer and/or Company. Please select "n/a" and enter information in the comment section. | | | | | | X |
| Comment(s): Glenn has been providing an excellent support to EID within the last 17 months. He has not only processed cases well and timely, but also takes the initiative to learn systems/programs specific to EID. As a result, Glenn was able to step-in and assist agency employees when needed; in some cases, he was only given minutes notice to provide crucial information to the Agency's Leadership, which he has done successfully! He continuously finds ways to improve internal processes within EID, works well with other vendors and investigators who support EID as well, and encourages other team members to focus on providing excellent support to EID, despite the inevitable challenges that come with EID's mission. Glenn is very passionate of the support he provides to EID and is willing to go the extra mile to ensure our client's mission is completed. His actions are not only good reflections to himself, but also to Team Panum! | | | | | | |

# Performance Evaluation

Panun
Expect Excellen

| List areas needing improvement. Please select "n/a" and enter information in the comment section. | | | | | | |
|---|---|---|---|---|---|---|
| Comment(s): <br><br> N/A | | | | | | |

| List any incidents that have caused concern. Please select "n/a" and enter information in the comment section. | | | | | | |
|---|---|---|---|---|---|---|
| Comment(s): <br><br> N/A | | | | | | |

| List concerns to be discussed with the employee/contractor. Please select "n/a" and enter information in the comment section. | | | | | | |
|---|---|---|---|---|---|---|
| Comment(s): <br><br> N/A | | | | | | |

**Scoring Summary**

| Total Score | # of Sections that apply | Average Score |
|---|---|---|
| 5 | 16 | 5 |

**Employee/Contractor Comments:**



**Supervisor Comments:**
Based on the above information, I recommend a higher increase of 3.5% increase compare to the standard annual increase of 2.5%. This is due to the six-month delay of his annual performance evaluation.

I recommend for his annual salary increase of 3.5% being effective on 4-13-15.

| Mutual Goals for Next Performance Period | Target Date |
|---|---|
| N/A | |
| | |
| | |
| | |
| | |

Employee/Contractor Signature      Date

Supervisor's Signature      Date

Other Management Approval      Date

Updated 1-14-201



# MEMORANDUM

To: Glenn Stephens

CC: Dhavid Cayanan, Patricia Palmer, Sujata Gupta

From: Angela Albanese, HR Manager

Date: April 13, 2015

Re: Salary Increase

---

I am pleased to inform you that effective April 13, 1015, your new annual salary is $87,984.94. Your new salary is reflective of a 3.5% increase, approximately.

Thank you for all your hard work and dedication, even more the way that you represent Panum Group, LLC is a vital reason this contract continues to grow. Having you on the team is a great asset and we value all of your contributions.

Sincerely,

*Albanese*

Angela Albanese
HR Manager