# PLAINTIFF'S EXHIBIT 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I served an exact and true copy of the foregoing on the counsel for Defendant by causing it to be deposited in the United States Mail, addressed to the following:

> AYANA N. FREE
> 2100 Jamieson Avenue
> Alexandria, Virginia 22314
> Phone: (703) 299-3785
> Fax: (703) 299-3983
> Email: ayana.free@usdoi.gov

Date: July 5, 2015

GLENN H. STEPHENS III

Glenn H. Stephens, III Ph.D.
210 East Fairfax Apartment 302
Falls Church, VA 22046
Tel: (202) 258-6521
Email: drghs3@gmail.com