# PRIORITY
# ★ MAIL ★

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



UNITED STATES POSTAL SERVICE®  Click-N-Ship®

9405 5036 9930 0094 2298 50 0050 5000 0012 2314
usps.com
$6.05
US POSTAGE
Flat Rate Env
Commercial Base Pricing
Mailed from 22046  082S0000000315
07/05/15

PRIORITY MAIL 1-DAY™
Expected Delivery Date: 07/07/15     0024
C031

GLENN H STEPHENS
210 E FAIRFAX ST APT 302
FALLS CHURCH VA 22046-2907

Carrier -- Leave if No Response

SHIP  COURT CLERK
TO: FED. D. CRT ED VA (ALEXANDRIA)
    401 COURTHOUSE SQ
    ALBERT V. BRYAN U.S. COURTHOUSE
    ALEXANDRIA VA 22314-5701

USPS TRACKING #

9405 5036 9930 0094 2298 50

Electronic Rate Approved #038555749

U.S. MARSHAL'S SERVICE


PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE