# PLAINTIFF'S EXHIBIT 1



# Gmail

**Glenn Stephens <drghs3@gmail.com>**

---

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
1 message

---

**Glenn Stephens <drghs3@gmail.com>**　　　　　　　　　　Wed, Jun 10, 2015 at 8:52 AM
To: Glenn Stephens <drghs3@gmail.com>

From: ▓▓▓▓▓▓▓▓▓▓
Sent: Thursday, March 19, 2015 10:09 AM
To: Stephens, Glenn - ASCR
Subject: RE: ▓▓▓▓ ROI Update

Not on my end. Its ready to go, once u sign off on it.

From: Stephens, Glenn - ASCR
Sent: Thursday, March 19, 2015 10:06 AM
To: ▓▓▓▓▓▓▓▓▓▓
Subject: ▓▓▓▓ ROI Update

Just following up. Anything else needed with this case?

Just let me know, happy to proceed as needed.

Glenn

---

▼ image001.gif
   1K