# PLAINTIFF'S EXHIBIT 2

Sent from my iPhone

On Apr 10, 2015, at 2:45 PM, Quarles, Tina - ASCR <Tina.Quarles@ascr.usda.gov> wrote:

> This case was processed by ▓▓▓▓ and taken over for review by Glenn under ▓▓▓▓ Acting Team Lead. Glenn sent case back for modification. I am not sure when the ROI was distributed. ▓▓▓▓▓▓ has tried to update iComplaints as much as possible.
>
> The ROI has to be uploaded but it was not located in the cabinet.
>
> Glenn provide the ROI and CD
>
> *Ms. Tina A. Quarles*
>
> Ms. Tina A. Quarles
>
> **Acting Team Lead - EID**
>
> Senior Equal Employment Specialist
>
> Telework: ▓▓▓▓▓▓▓▓▓▓
>
> Phone: ▓▓▓▓  Fax: ▓▓▓▓
>
> **From:** ▓▓▓▓
> **Sent:** Friday, April 10, 2015 2:26 PM
> **To:** ▓▓▓▓
> **Cc:** Quarles, Tina - ASCR; ▓▓▓▓
> **Subject:** ▓▓▓▓
>
> **Formal Case:** ▓▓▓▓