# EXHIBIT A

49 FR 48071-01
NOTICES
DEPARTMENT OF AGRICULTURE
Office of the Secretary

Privacy Act of 1974; System of Record°

Monday, December 10, 1984

**\*48071**  AGENCY: Office of Personnel, Office of the Secretary, USDA.

ACTION: Amendment of an existing system of records and announcement of two proposed computer matching programs.

SUMMARY: The purpose of this document is to amend USDA/OP-1, Personnel and Payroll System for USDA Employees, by changing some of the addresses where records are maintained and to publish information concerning a proposal to use this system of record in conducting two computer matching programs.
EFFECTIVE DATE: The changes in the addresses where records are maintained are effective immediately. Any interested party may submit written comments concerning the proposed matching programs. To be considered, comments must be received by January 9, 1985. Unless a notice to the contrary is published, the matching programs will begin no earlier than 30 days after the end of the comment period.

ADDRESS: Comments should be addressed to: Chief, Security, Employee Management and Training Staff, Office of Personnel, Department of Agriculture, Washington, D.C. 20250.

FOR FURTHER INFORMATION CONTACT: Carolyn Wright, Security, Employee Managment and Traning Staff, Office of Personnel, Department of Agriculture, Washington, D.C. 20250, (202) 447-3083.

SUPPLEMENTARY INFORMATION: The Department of Agriculture, in connection with direction set by the President's Council on Integrity and Efficiency, is proposing to conduct two matching programs aimed at reducing the Department's costs incurred in connection with unemployment compensation and workers' compensation.
The Department is already providing wage and separation information to the States for unemployment compensation purposes. The matching procedure used, however, is a manual one involving, in some cases, more time than a State may allow for response. This has resulted in the Department being billed for compensation for persons who were either not employees of the Department or who for some other reason were ineligible for such benefits. The proposed computer matching system will enable the Department to respond in a timely manner to the States, thereby reducing the compensation outlay.

For this matching program, the Department will be using information provided by the States in either the form of a hard copy request (Form ES-931) or electronic transmission. For selected agencies within the Department, the information will be forwarded from the States to a contractor rather than to a payroll office of the Department. The contractor will conduct the matching program in accordance with the Office of Management and Budget's revised Guidelines which were published in the Federal Register on May 19, 1982 (47 FR 21658).

The Department will also be participating with the Department of Labor in a matching program aimed at the rehabilitation and rehire of employees currently receiving workers' compensation.

Under both of these proposals, the Department retains the authority to withhold specific data elements which it believes are not relevant to making a determination of eligibility under either the unemployment programs administered by the States or the workers' compensation program adinisterd by the Department of Labor.

The Department believes that its intended uses of USDA/OP-1, Personnel and Payroll System for USDA Employees, are covered by the routine uses published by the Office of Personnel Managment for OPM/GOVT-1, General Personnel Records, specifically item (d), last published on September 20, 1984 (49 FR 36949-73).

The revised text of USDA/OP-1 follows.

**USDA/OP-1**

**system name:**
Personnel and Payroll System for USDA Employees, USDA/OP.

**system location:**
Office of Personnel, USDA, Washington, D.C.; the National Finance Center, New Orleans, Louisiana; and the personnel offices at the following locations:

ALABAMA—Soil Conservation Service State Office, Soil Conservation Building, 665 Opelika Road, Auburn, Alabama 36830; Farmers Home Administration State Office, Aronov Building, Room 717, 474 S. Court Street, Montgomery, Alabama 36104; Forest Service National Forest, National Forests in Alabama, 1765 Highland Avenue, Montgomery, Alabama 36107.

ALASKA—Forest Service National Forest, Chugach National Forest, Suite 238, 2221 E. Northern Lights Boulevard, Anchorage, Alaska 99508; Soil Conservation Service State Office, 2221 E. Northern Lights Boulevard, Anchorage, Alaska 99504; Forest Service Regional Office, Federal Office Building, P.O. Box 1628, Juneau, Alaska 99802; Forest Service National Forest, Tongass National Forest, Ketchikan area, Federal Building, Ketchikan, Alaska 99901; Farmers Home Administration State Office, P.O. Box 1289, Palmer, Alaska 99645; Forest Service National Forest, Tongass National Forest, Stikine Area, Box 309, Petersburg, Alaska 99833; Forest Service National Forest, Tongass National Forest, Chatham Area, P.O. Box 1980, Sitka, Alaska 99835.

ARIZONA—Forest Service National Forest, Coconino National Forest, 2323 E. Greenlaw Lane, Flagstaff, Arizona 86001: Forest Service, Rocky Mountain Forest and Range Experiment Station, Forestry Sciences Laboratory, Northern Arizona University, Flagstaff, Arizona; 86001; Agricultural Marketing Service Milk Market Office, 1121 E. Missouri Street, Phoenix, Arizona 85014; Farmers Home Administration State Office, Federal Building, Room 3433, 230 North First Avenue, Phoenix, Arizona 85025; Soil Conservation Service State Office, 230 North First Avenue, 3008 Federal Building, Phoenix, Arizona 85025; Forest Service National Forest, Tonto National Forest, 102 S. 28th Street, Phoenix, Arizona 85038, Forest Service National Forest, Prescott National Forest, 344 S. **\*48072** Cortez, Prescott, Arizona 86301; Forest Service National Forest, Apache-Sitgreaves National Forest, Federal Building, P.O. Box 640, Springerville, Arizona 85938; Forest Service National Forest, Coronado National Forest, Federal Building, 301 W. Congress, Tucson, Arizona 85701; Forest Service National Forest, Kaibab National Forest, 80 S. 6th Street, Williams, Arizona 86046.

ARKANSAS—Forest Service National Forest, Ouachita National Forest, Federal Building, Reserve and Broadway Streets, P.O. Box 1270, Hot Springs National Park, Arkansas 71901; Farmers Home Administration State Office, 5529 Federal Office Building, P.O. Box 2778, 700 W. Capitol, Little Rock, Arkansas 72203; Forest Service National Forest, Ozark-St. Francis National Forest, 605 W. Main, P.O. Box 1008, Russellville, Arkansas 72801; Soil Conservation Service State Office, Federal Office Building, 700 W. Capitol St., Little Rock, Arkansas 72203.

CALIFORNIA—-Animal and Plant Health Inspection Service, PPQ Western Region, 620 Central Avenue, Building 2B, Alameda, California, 94501; Forest Service National Forest, Modoc National Forest; 441 N. Main Street, Alturas, California 96101; Forest Service, Pacific Southwest Forest and Range Experiment Station, 1960 Addison Street, P.O. Box 245, Berkeley,

California 94701; Forest Service National Forest, Inyo National Forest, 873 N. Main Street, Bishop, California 93514; Soil Conservation Service State Office, 2828 Chiles Road, Davis, California 95616; Forest Service National Forest, Six Rivers National Forest, 507 F Street, Eureka, California 95501; Forest Service National Forest, Sierra National Forest, Federal Building, Room 3017, 1130 O Street, Fresno, California 93721; Forest Service National Forest, Los Padres National Forest, 42 Aero Camino, Goleta, California 93117; Forest Service National Forest, Tahoe National Forest, Highway 49, Nevada City, California 95969; Forest Service National Forest, Angeles National Forest, Room 300, 150 S. Robles Avenue, Pasadena, California 91101; Forest Service National Forest, Eldorado National Forest, 100 Forni Road, Placerville, California 95667; Forest Service National Forest, Sequoia National Forest, 900 W. Grand Avenue, Porterville, California 93257; Forest Service National Forest, Plumas National Forest, 158 Lawrence Street, P.O. Box 1500, Quincy, California 95971; Forest Service National Forest, Shasta-Trinity National Forest, 2400 Washington Avenue, Redding, California 96001; Forest Service National Forest, San Bernardino National Forest, 144 N. Mountain View Avenue, San Bernardino, California 92408; Forest Service National Forest, Cleveland National Forest, 880 Front Street, Room 6-S-5, San Diego, California 92186; Forest Service, Equipment Development Center, 444 E. Bonita Avenue, San Dimas, California 91773; Food and Nutrition Service Western Regional Office, 550 Kearny Street, Room 400, San Francisco, California 94108; Forest Service Regional Office, 630 Sansome Street, San Francisco, California 94111; Forest Service National Forest, Stanislaus National Forest, 19777 Greenley Road, Sonora, California 95370; Forest Service, Lake Tahoe Basin Management Unit, 870 Emeral Bay Road, P.O. Box 8465, South Lake Tahoe, California 95731; Forest Service National Forest, Lassen National Forest, 707 Nevada Street, Susanville, California 96130; Forest Service National Forest, Mendocino National Forest, 420 E. Laurel Street, Willows, California 95988; Farmers Home Administration State Office, 459 Cleveland Street, Woodland, California 95695; Forest Service National Forest, Klamth National Forest, 1312 Fairland Road, Yreka, California 96097.

COLORADO—Forest Service National Forest, Grand Mesa-Uncompahgre-Gunnison National Forests, 2250 Highway 50, Delta, Colorado 81416; Agricultural Marketing Service Milk Market Office, 2600 S. Parker Road, P.O. Box 440860, Aurora, Colorado 80044; Farmers Home Administration State Office, 1 Diamond Plaza, Room 231, 2490 W 26th Avenue, Denver, Colorado 80217; Soil Conservation Service State Office, 1 Diamond Plaza, Room 313, 2490 W. 26th Avenue Denver, Colorado 80217; Forest Service National Forest, San Juan National Forest, Federal Building, 701 Camino Del Rio, Durango, Colorado 81301; Animal and Plant Health Inspection Service, Veterinary Services North Central Region, 317 Inverness Way South, Englewood, Colorado 80112; Forest Service, Rocky Mountain Forest and Range Experiment Station, 240 W. Prospect Street, Fort Collins, Colorado 60526; Forest Service National Forest, Arapaho-Roosevelt National Forest, 240 W. Prospect Street, Ft. Collins, Colorado 80526; Forest Service National Forest, White River National Forest, Old Federal Building, Box 948, Glenwood Springs, Colorado 81602; Forest Service Regional Office, 11177 W. 8th Avenue, P.O. Box 25127, Lakewood, Colorado 80225; Forest Service National Forest, Rio Grande National Forest, 1803 W. Highway 160, Monte Vista, Colorado 81144; Forest Service National Forest, Pike-San Isabel National Forests, 1920 Valley Drive, Pueblo, Colorado 81008; Forest Service National Forest, Routt National Forest, Hunt Building, 137 10th Street, P.O. Box 1198, Steamboat Springs, Colorado 80477; Food and Nutrition Service Mountain Plains Regional Office, 2420 W. 25th Avenue, Denver, Colorado 80211.

CONNECTICUT—Forest Service Northeastern Forest Experiment Station, Center for Biological Control of Northern Forest Insects and Disease, 51 Mill Pond Road, Hamden, Connecticut 06514; Soil Conservation Service State Office, Mansfield Professional Park, Route 44A, Storrs, Connecticut 06268.

DELAWARE—Farmers Home Administration State Office, Robscott Building, 151 E. Chestnut Hill Road, Suite 2, Newark, Delaware 19713.

FLORIDA—Farmers Home Administration State Office, Federal Building, Room 214, 401 S.E. First Avenue, P.O. Box 1088, Gainesville, Florida 32602; Soil Conservation Service State Office, Federal Building, 401 SE 1st Avenue, Gainesville, Florida 32602; Forest Service National Forest, National Forests in Florida, 2586 Seagate Drive, P.O. Box 13549, Tallahassee, Florida 32308; Animal and Plant Health Inspection Service, Veterinary Services Southeastern Region, 700 Twiggs Street, Room 820, P.O. Box 560, Tampa, Florida 33601; Agricultural Marketing Service Milk Market Office, 1205 S. Semoran Boulevard, P.O. Box 4709, Winter Park, Florida 32793.

GEORGIA—Agricultural Marketing Service Milk Market Office, 3610 Interstate 85, NE, Suite 109, P.O. Box 49025, Atlanta, Georgia 30359; Forest Service Regional Office, Suite 812, 1720 Peachtree Road, NW, Atlanta, Georgia 30367; Farmers Home Administration State Office, 355 E. Hancock Avenue, Stephens Federal Building, Athens, Georgia 30601; Soil Conservation Service State Office, Federal Building, 355 E. Hancock Avenue, Athens, Georgia 30613; Forest Service National Forest, Chattahoochee-Oconee National Forest, 601 Broad Street, SE, Gainesville, Georgia 30501; Food and Nutrition Service Southeast Regional Office, 1100 Spring Street, NW, Atlanta, Georgia 30367.

HAWAII—Soil Conservation Service State Office, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850; Farmers Home Administration State Office, 345 Kekuanaoa Street, Hilo, Hawaii 96720.

IDAHO—Farmers Home Administration State Office, Federal Building, Room 429, 304 N. 8th Street, Boise, Idaho 83702; Forest Service National Forest, Boise National Forest, **\*48073** 1750 Front Street, Boise, Idaho 83702; Soil Conservation Service State Office, 304 N. 8th Street, Boise, Idaho 83702; Forest Service National Forest, Challis National Forest, Forest Service Building, Highway 93, P.O. Box 404, Challis, Idaho 83226; Forest Service National Forest, Idaho Panhandle National Forests, 1201 Ironwood Drive, Coeur d'Alene, Idaho 83814; Forest Service National Forest, Nezperce National Forest, 319 E. Main Street, Grangeville, Idaho 83530; Forest Service National Forest, Payette National Forest , Forest Service Building, P.O. 1026, McCall, Idaho 83638; Forest Service National Forest, Clearwater National Forest, 12730 Highway 12, Orofino, Idaho 83544; Forest Service National Forest, Caribou National Forest, 250 S 4th Avenue, Pocatello, Idaho 83201; Forest Service National Forest, Targhee National Forest; 420 N. Bridge Street, P.O. Box 208, St. Anthony, Idaho 83445; Forest Service National Forest, Salmon National Forest, Forest Service Building, Salmon, Idaho 83467; Forest Service National Forest, Sawtooth National Forest, 1525 Addison Avenue, E., Twin Falls, Idaho 83301.

ILLINOIS—Farmers Home Administration State Office, 2106 W. Springfield Avenue, Champaign, Illinois 61821; Soil Conservation Service State Office, Springer Federal Building, 301 N. Randolph Street, Champaign, Illinois 61820; Agricultural Marketing Service Milk Market Office, 800 Roosevelt Rd., Building A, Glen Ellyn, Illinois 60137; Food and Nutrition Service Midwest Regional Office, 50 E. Washington Street, Chicago, Illinois 60602; Forest Service National Forest, Shawnee National Forest, 317 E. Poplar Street, Harrisburg, Illinois 62946.

INDIANA—Forest Service National Forest, Wayne-Hoosier National Forest, 1615 J Street, Bedford, Indiana 47421; Farmers Home Administration State Office, Suite 1700 5610 Crawfordsville Road, Indianapolis, Indiana 46224; Soil Conservation Service State Office, Corporate Square-West, 5610 Crawfordsville Road, Indianapolis, Indiana 46224.

IOWA—Farmers Home Administration State Office, Federal Building, Room 873, 210 Walnut Street, Des Moines, Iowa 50309; Soil Conservation Service State Office, Federal Building, Room 823, 210 Walnut Street, Des Moines, Iowa 50309.

KANSAS—Agricultural Marketing Service Milk Market Office 7819 Conser Pl., P.O. Box 4606, Overland Park, Kansas 66204; Soil Conservation Service State Office, 760 S. Broadway, Salina, Kansas 67401; Farmers Home Administration State Office, 444 SE. Quincy St., Topeka, Kansas 66683.

KENTUCKY—Forest Service, Northeastern Forest Experiment Station, Forestry Science Laboratory, 204 Center Street, Berea, Kentucky 40403; Farmers Home Administration State Office, 333 Waller Avenue, Lexington, Kentucky 40504; Soil Conservation Service State Office, 333 Waller Avenue, Lexington, Kentucky 40504; Agricultural Marketing Service Milk Market Office, 3920 Bardstown Rd., P.O. Box 18030, Louisville, Kentucky 40218; Forest Service National Forest, Daniel Boone National Forest, 100 Vaught Road, Winchester, Kentucky 40391.

LOUISIANA—Farmers Home Administration State office, 3727 Government Street, Alexandria, Louisiana 71301; Soil Conservation Service State Office, 3737 Government Street, Alexandria, Louisiana 71301; Agricultural Marketing Service Milk Market Office 630 Village Lane, North, P.O. Box 99, Mandeville, Louisiana 70448; Forest Service Southern Forest Experiment

Station, T-10210 U.S. Postal Service Building, 701 Loyola Avenue, New Orleans, Louisiana 70113; Office of Finance and Management, National Finance Center, Human and Material Resources Branch, P.O. Box 60,000, New Orleans, Louisiana 70160; Forest Service National Forest, Kisatchie National Forest, 2500 Shreveport Highway, Pineville, Louisiana 71360.

MAINE—Farmers Home Administration State Office, USDA Office Building, Orono, Maine 04473; Soil Conservation Service State Office, USDA Building, University of Maine, Orono, Maine 04473.

MARYLAND—Agricultural Research Service, Personnel Division, Room 107, Building 003, BARC-W, Beltsville, Maryland 20705; Soil Conservation Service State Office, Hartwick Building, Room 522, 4321 Hartwick Road, College Park, Maryland 20740; Animal and Plant Health Inspection Service, PPQ Non-Regional Administrative Operations Office, Federal Building, Room 623, Hyattsville, Maryland 20782.

MASSACHUSETTS—Soil Conservation Service State Office, 451 West Street, Amherst, Massachusetts 01002; Agricultural Marketing Service Milk Market Office, 90 Canal Street, P.O. Box 1478, Boston, Massachusetts 02205; Farmers Home Administration State Office, 451 West Street, Amherst, Massachusetts 01002; Food and Nutrition Service, Northeast Regional Office, 33 North Avenue, Burlington, Massachusetts 01803.

MICHIGAN—Agricultural Marketing Service Milk Market Office, 2684 W., 11 Mile Road, Berkley, Michigan 48072; Forest Service National Forest, Huron-Manistee National Forest, 421 S. Mitchell Street, Cadillac, Michigan 49601; Farmers Home Administration State Office, 1405 S. Harrison Road, Room 209, East Lansing, Michigan 48823; Soil Conservation Service State Office, 1405 S. Harrison Road, East Lansing, Michigan 48823; Forest Service National Forest, Hiawatha National Forest, 2727 N. Lincoln Road, Escanaba, Michigan 49829; Forest Service National Forest, Ottawa National Forest, U.S. 2 East, Ironwood, Michigan 49938.

MINNESOTA—Forest Service National Forest, Chippewa National Forest, Cass Lake, Minnesota 56633; Forest Service National Forest, Superior National Forest, Box 338, Duluth, Minnesota 55801; Agricultural Marketing Service Milk Market Office, 4570 W. 77th Street, Suite 210, Minneapolis, Minnesota 55435; Animal and Plant Health Inspection Service Field Servicing Office, Butler Sq., W., 5th Fl., 100 N. 6th Street, Minneapolis, Minnesota 55403; Farmers Home Administration State Office, 252 Federal Office Building and U.S. Court House, St. Paul, Minnesota 55101; Food Safety and Inspection Service, Personnel Operations Branch, Butler Sq., W., 4th Floor, 100 N. 6th Street, Minneapolis, Minnesota 55403; Forest Service, North Central Forest Experiment Station, 1992 Folwell Avenue, St. Paul, Minnesota 55108; Soil Conservation Service State Office, 200 Federal Building and U.S. Courthouse, 316 N. Robert St., St. Paul, Minnesota 55101; Forest Service, Northeastern Area State and Private Forestry, 1992 Folwell Avenue, St. Paul, Minnesota 55108.

MISSISSIPPI—Animal and Plant Health Inspection Service, PPQ Southeastern Region, 3505 25th Avenue, P.O. Box 3659, Gulfport, Mississippi 39505; Farmers Home Administration State Office, Federal Building, Room 831, Jackson, Mississippi 39369; Soil Conservation Service State Office, Federal Building, 100 W. Capitol St., Jackson, Mississippi 39269; Forest Service National Forest, National Forests in Mississippi, 100 W. Capitol Street, Suite 1141, Jackson, Mississippi 39269.

MISSOURI—Farmers Home Administration State Office, 555 Vandiver Dr., Columbia, Missouri 65202; Soil Conservation Service State Office, 555 Vandiver Dr., Columbia, Missouri 65202; Agricultural Stabilization and Conservation Service, Kansas City Management Office, 8930 Ward Pky., Kansas City, Missouri 64114; Forest Service National Forest, Mark Twain **\*48074** National Forest, 401 Fairgrounds Road, Rolla, Missouri 65401; Agricultural Marketing Service Milk Market Office, 2550 Schuetz Road, P.O. Box 1485, Maryland Heights, Missouri 63043; Farmers Home Administration Finance Office, 1520 Market St., St. Louis, Missouri 63103.

MONTANA—Forest Service National Forest, Custer National Forest, P.O. Box 2556, Billings, Montana 59103; Farmers Home Administration State Office, Federal Building, P.O. Box 850, Bozeman, Montana 59715; Forest Service National Forest, Gallatin National Forest, Federal Building, P.O. Box 130, Bozeman, Montana 59715; Soil Conservation Service State Office,

Federal Building, 10 E. Babcock, Bozeman, Montana 59715; Forest Service National Forest, Deerlodge National Forest, Federal Building, P.O. Box 400, Butte, Montana 59703; Forest Service National Forest, Beaverhead National Forest, 610 N. Montana Street, P.O. Box 1258, Dillion, Montana 59725; Forest Service National Forest, Lewis and Clark National Forest, Casco Building, 1601 Second Avenue, N., P.O. Box 871, Great Falls, Montana 59403; Forest Service National Forest; Bitterroot National Forest, 316 N. Third Street, Hamilton, Montana 59840; Forest Service National Forest, Helena National Forest Federal Office Building, Drawer 10014, Helena, Montana 59626; Forest Service National Forest; Flathead National Forest, 1935 Third Avenue, E., P.O. Box 147, Kalispell, Montana 59901; Forest Service National Forest; Kootenai National Forest, West Highway 2, Libby, Montana 59923; Forest Service Regional Office, Federal Building, P.O. Box 7669, Missoula, Montana 59807; Forest Service National Forest, Lolo National Forest, Building 24, Ft. Missoula, Missoula, Montana 59801; Forest Service, Intermountain Forest and Range Experiment Station, Forestry Sciences and Northern Forest Fire Laboratories, Drawer G, Missoula, Montana 59806; Forest Service, Aerial Fire Depot, Box 6, Airport Terminal, Missoula, Montana 59802.

NEBRASKA—Forest Service National Forest, Nebraska National Forest, 270 Pine Street, Chadron, Nebraska 69337; Farmers Home Administration State Office, Federal Building, Room 308, 100 Centennial Mall North, Lincoln, Nebraska 68508; Soil Conservation Service State Office, Federal Building, 100 Centennial Mall, N., Lincoln Nebraska 68508.

NEVADA—Forest Service National Forest, Humboldt National Forest, 976 Mountain City Highway, Elko, Nevada 89801; Animal and Plant Health Inspection Service, Veterinary Services Western Region, 245 E. Liberty Street, P.O. Box 2730, Reno, Nevada 89505; Forest Service National Forest, Toiyabo National Forest, 111 N. Virginia Street, Reno, Nevada 89501; Soil Conservation Service State Office, U.S. Post Office Building, Room 234, 50 S. Virginia Street, Reno, Nevada 89505.

NEW HAMPSHIRE—Forest Service, Northeastern Forest Experiment Station, Louis C. Wyman Forestry Sciences Laboratory, P.O. Box 640, Durham, New Hampshire 03824; Soil Conservation Service State Office, Federal Building, Durham, New Hampshire 03824; Forest Service National Forest, White Mountain National Forest, 719 Main Street, Federal Building, P.O. Box 638, Laconia, New Hampshire 03246.

NEW JERSEY—Animal and Plant Health Inspection Service, PPQ Northeastern Region, Blason II, 1st Floor, 505 S. Lenola Road, Moorestown, New Jersey 08057; Soil Conservation Service State Office, 1370 Hamilton Street, Somerset, New Jersey 08873; Farmers Home Administration State Office, 1 Vahlasing Center, Robbinsville, New Jersey 08691; Food and Nutrition Service Mid-Atlantic Regional Office, Mercer Corporate Park, Corporate Boulevard, P.O. Box CNO2150, Trenton, New Jersey 08650;

NEW MEXICO—Forest Service National Forest, Lincoln National Forest, Federal Building, 11th and New York Avenue, Alamogordo, New Mexico 88310; Farmers Home Administration State Office, Federal Building, Room 3414, 517 Gold Avenue, S.W., Albuquerque, New Mexico 87102; Forest Service Regional Office, 517 Gold Avenue, SW., Albuquerque, New Mexico 87102 Forest Service National Forest, Cibola National Forest, 10308 Candelaria, NE., Albuquerque, New Mexico 87112; Soil Conservation Service State Office, 517 Gold Avenue, SW., Albuquerque, New Mexico 87102; Forest Service National Forest, Sanata Fe National Forest, 1220 St. Francis Drive, P.O. Box 1689, Santa Fe, New Mexico 87501; Forest Service National Forest, Gila National Forest, 2610 N. Silver Street, Silver City, New Mexico 88061; Forest Service National Forest, Carson National Forest, Forest Service Building, P.O. Box 558 Taos, New Mexico 87571.

NEW YORK—Agricultural Marketing Service Milk Market Office, 708 Third Avenue, New York, New York 10017; Animal and Plant Health Inspection Service, Veterinary Services Northern Region, Building 12, GSA Depot, Scotia, New York 12302; Farmers Home Administration State Office, U.S. Courthouse and Federal Building, Room 871, 100 S. Clinton Street, Syracuse, New York 13202; Soil Conservation Service State Office, James M. Hanley Federal Building, 100 S. Clinton Street, Syracuse, New York 13260.

NORTH CAROLINA—Forest Service, Southeastern Forest Experiment Station, 200 Weaver Boulevard, Asheville, North Carolina 28804; Forest Service National Forest, National Forests in North Carolina, 50 S. French Broad Avenue, P.O. Box 2750,

Asheville, North Carolina 28802; Farmers Home Administration State Office, Room 514, 310 New Bern Avenue, Raleigh, North Carolina 27601; Soil Conservation Service State Office, Federal Office Building, 310 New Bern Avenue, Raleigh, North Carolina 27611.

NORTH DAKOTA—Farmers Home Administration State Office, Federal Building, Room 208, 3rd and Rosser Avenue, Bismarck, North Dakota 58501; Soil Conservation Service State Office, Federal Building, Rosser Avenue and Third Street, Bismarck, North Dakota 58502.

OHIO—Agricultural Marketing Service Milk Market Office, 7851 Freeway Circle, Middleburg Heights, P.O. Box 30128, Cleveland, Ohio 44130; Agricultural Marketing Service Milk Market Office, 5950 Sharon Woods Boulevard, P.O. Box 29226, Columbus, Ohio 42339; Farmers Home Administration State Office, Federal Building, Room 507, 200 N. High Street, Columbus, Ohio 43215; Soil Conservation Service State Office, 200 N. High Street, Columbus, Ohio 43215.

OKLAHOMA—Farmers Home Administration State Office, Agricultural Center Office Building, Stillwater, Oklahoma 74074; Soil Conservation Service State Office, Agricultural Center Building, Farm Rd. and Brumley Street, Stillwater, Oklahoma 74074; Agricultural Marketing Service Milk Market Office, 4325 E. 51st Street, P.O. Box 470563, Tulsa, Oklahoma 74147.

OREGON—Forest Service National Forest, Wallowa-Whitman National Forest, Federal Building, Main and Auburn, Box 907. Baker, Oregon 97814; Forest Service National Forest, Deschutes National Forest, 211 NE., Revere Avenue, Bend, Oregon 97701; Forest Service National Forest, Siuslaw National Forest, P.O. Box 1148, Corvallis, Oregon 97339; Forest Service National Forest, Willamette National Forest, Box 10607, Eugene, Oregon 97440; Forest Service National Forest, Siskiyou National Forest, Box 440, Grants Pass, Oregon 97526; Forest Service National Forest, Mt. Hood National Forest, 2955 NW., Division Street, Gresham, Oregon 97030; Forest Service National Forest, **\*48075** Malheur National Forest, 139 NE. Dayton Street, John Day, Oregon 97845; Forest Service National Forest, Winema National Forest, P.O. Box 1390, Klamath Falls, Oregon 97601; Forest Service National Forest, Fremont National Forest, Box 551 Lakeview, Oregon 97630; Forest Service National Forest, Rogue River National Forest, Federal Building, 333 W. 8th Street, P.O. Box 520, Medford, Oregon 97501; Forest Service National Forest, Umatilla National Forest, 2517 SW Hailey Avenue, Pendleton, Oregon 97801; Farmers Home Administration State Office, Federal Building, Room 1590, 1220 SW 3d Avenue, Portland, Oregon 97204; Forest Service, Pacific Northwest Forest and Range Experiment Station, 319 SW Pine Street, Portland, Oregon 97208; Forest Service Regional Office, 319 SW Pine Street, P.O. Box 3623, Portland, Oregon 97208; Soil Conservation Service State Office, Federal Building, 1220 SW Third Avenue, Portland, Oregon 97204; Soil Conservation Service Technical Center, 511 NW., Broadway, Portland, Oregon 97209; Agricultural Marketing Service Milk Market Office, Tarbell Building; 9735 SW., Shady Lane, Tigard, P.O. Box 23606, Portland, Oregon 97223; Forest Service National Forest, Ochoco National Forest, Federal Building, P.O. Box 490, Prineville, Oregon 97754; Forest Service National Forest, Umpqua National Forest, Box 1008, Roseburg, Oregon 97470.

PENNSYLVANIA—Farmers Home Administration State Office, Federal Building, Room 728, 228 Walnut St., P.O. Box 905, Harrisburg, Pennsylvania 17108; Soil Conservation Service State Office, Federal Building and Court House, Harrisburg, Pennsylvania 17108; Forest Service Northeastern Area State and Private Forestry, 370 Reed Road, Broomall, Pennsylvania 19008; Forest Service, Northeastern Forest Experiment Station, 370 Reed Road, Broomall, Pennsylvania 19008; Soil Conservation Service Technical Service Center, 160 E. Street, Chester, Pennsylvania 19013; Forest Service National Forest, Allegheny National Forest, Spridon Building, P.O. Box 847, Warren, Pennsylvania 16365.

SOUTH CAROLINA—Forest Service Forest Manager, Savannah River Forest Station, P.O. Box A, Aiken, South Carolina 29801; Farmers Home Administration State Office, Strom Thurmond Federal Building, Room 1007, 1835 Assembly Street, 2nd Floor, Columbia, South Carolina 29201; Forest Service National Forest, Francis Marion-Sumter National Forests, 1835 Assembly Street, P.O. Box 2227, Columbia 29202; Soil Conservation Service State Office, Strom Thurmond Federal Building, 1835 Assembly Street, Columbia, South Carolina 29201.

SOUTH DAKOTA—Forest Service National Forest, Black Hills National Forest, Forest Service Office Building, P.O. Box 792, Custer, South Dakota 57730; Farmers Home Administration State Office, Huron Federal Building, Room 208, 200 4th Street, SW, Huron, South Dakota 57350; Soil Conservation Service State Office, Federal Building, 200 4th Street, SW, Huron, South Dakota 57350.

TENNESSEE—Forest Service National Forest, Cherokee National Forest, 2800 No. Ocoee Street, NW, Box 2010, Cleveland, Tennessee 37311; Farmers Home Administration State Office, 538 U.S. Courthouse Building, 801 Broadway Street, Nashville, Tennessee 37203; Soil Conservation Service State Office, U.S. Courthouse, 801 Broadway Street, Nashville, Tennessee 37203.

TEXAS—Animal and Plant Health Inspection Service, PPQ South Central Region, 2100 Boca Chica Boulevard, Suite 400, Boca Chica Tower Building, Brownsville, Texas 78521; Argicultural Marketing Service Milk Market Office, 11117 Shady Trail, P.O. Box 29529, Dallas, Texas 75229; Food and Nutrition Service Southwest Regional Office, 1100 Commerce Street, Room 5D 22, Dallas, Texas 75242; Animal and Plant Health Inspection Service, Veterinary Services South Central Region, 221 W. Lancaster Avenue, Suite 310, Fort Worth, Texas 76102; Forest Service National Forests, National Forests in Texas, Homer Garrison Federal Building, 701 N. First Street, Lufkin, Texas 75901; Farmers Home Administration State Office,

W.R. Poage Federal Building, 101 S. Main Street, Temple, Texas 76501; Soil Conservation Service State Office, W.R. Poage Federal Building, 101 S. Main Street, P.O. Box 686, Temple, Texas 76503; Soil Conservation Service Technical Service Center, Ft. Worth Federal Center Building 23, Felix and Hemphill Streets, Ft. Worth, Texas 76115.

UTAH—Forest Service National Forest, Dixie National Forest, 82 North 100 East, Cedar City, Utah 84720; Forest Service, Intermountain Forest and Range Experiment Station, Federal Building, 507 25th Street, Ogden, Utah 84401; Forest Service Regional Office, Federal Office Building, 324 25th Street, Ogden, Utah 84401; Forest Service National Forest, Manti-LaSal National Forest, 599 W. Price River Drive, Price, Utah 84501; Forest Service National Forest, Uinta National Forest, 88 W. 100 North, Provo, Utah 84603; Forest Service National Forest, Fishlake National Forest, 115 E. 900 North, Richfield, Utah 84701; Farmers Home Administration State Office, Federal Building, Room 5311, 125 S. State Street, Salt Lake City, Utah 84138; Forest Service National Forest, Wasatch-Cache National Forest, 8226 Federal Building, 125 S. State Street, Salt Lake City, Utah 84138; Forest Service, Geometronics Service Center, 8226 Federal Building, 125 S. State Street, Salt Lake City, Utah 84138; Soil Conservation Service State Office, 4012 Federal Building, 125 S. State Street, Salt Lake City, Utah 84147; Forest Service National Forest, Ashley National Forest, 437 E. Main Street, Vernal, Utah 84078.

VERMONT—Forest Service, Northeastern Forest Experiment Station, George D. Aiken Sugar Maple Laboratory, 705 Spear Street, P.O. Box 968, Winooski, Vermont 05404; Soil Conservation Service State Office, 69 Union St., Burlington Square, Burlington, Vermont 05401; Farmers Home Administration State Office, 141 W. Main Street, P.O. Box 588, Montpelier, Vermont 05602; Forest Service National Forest, Green Mountain National Forest, Federal Building, 151 West Street, Rutland, Vermont 05701.

VIRGINIA—Agricultural Marketing Service Milk Market Office, 300 N. Lee St., Room 320, P.O. 710, Alexandria, Virginia 22313; Forest Service National Forest, George Washington National Forest, 210 Federal Building, Harrisonburg, Virginia 22801; Farmers Home Administration State Office, Federal Building, Room 8213, 400 N. Eighth Street, P.O. Box 10106, Richmond, Virginia 23240; Soil Conservation Service State Office, 400 N. Eighth Street, Richmond, Virginia 23240; Forest Service National Forest, Jefferson National Forest, 210 Franklin Road, SW, Room 954, Caller Service 2900, Roanoke, Virginia 24001.

WASHINGTON—Forest Service National Forest, Colville National Forest, 695 S. Main, Colville, Washington 99114; Forest Service National Forest, Okanogan National Forest, 1240 S. 2nd Avenue, Okanogan, Washington 98840; Forest Service National Forest, Olympic National Forest, Federal Building, P.O. Box 2288, Olympia, Washington 98507; Forest Service National Forest, Mt. Baker-Snoqualmie National Forests, 1022 First Avenue, Seattle, Washington 98104; Soil Conservation Service State Office, 360 U.S. Courthouse, W. 920 Riverside Avenue, Spokane, Washington 99201; Forest Service National

Forest, Gifford Pinchot National Forest, 500 W. 12th St., Vancouver, Washington 98660; Farmers Home Administration State Office, Federal Office Building, Room 319, 301 **\*48076** Yakima St., Wenatchee, Washington 98801; Forest Service National Forest, Wenatchee National Forest, Box 811, Wenatchee, Washington 98801.

WEST VIRGINIA—Forest Service National Forest, Monongahela National Forest, USDA Building, Sycamore Street, P.O. Box 1548, Elkins, West Virginia 26241; Farmers Home Administation State Office, Federal Building, Room 320, 75 High Street, Morgantown, West Virginia 26505; Forest Service, Northeastern Forest Experiment Station, Forestry Sciences Laboratory, 180 Canfield Street, Morgantown, West Virginia 26505; Soil Conservation Service State Office, 75 High St., Morgantown, West Virginia 26505; Forest Service, Northeastern Forest Experiment Station, Timber and Watershed Laboratory, P.O. Box 445, Parsons, West Virginia 26287; Forest Service, Northeastern Forest Experiment Station, Forest Sciences Laboratory, P.O. Box 152, Princeton, West Virginia 24740.

WISCONSIN—Forest Service, Forest Products Laboratory, P.O. Box 5130, Madison, Wisconsin 53705; Soil Conservation Service State Office, 4601 Hammersley Road, Madison, Wisconsin 53711; Forest Service Regional Office, Eastern Region, Henry S. Reuss Federal Plaza, Suite 500, 310 W. Wisconsin Avenue, Milwaukee, Wisconsin 53203; Forest Service National Forest, Chequamegon National Forest, 157 N. 5th Avenue, Park Falls, Wisconsin 54552; Forest Service National Forest, Nicolet National Forest, Federal Building, 68 S. Stevens, Rhinelander, Wisconsin 54501; Farmers Home Administration State Office, 1257 Main Street, Stevens Point, Wisconsin 54481.

WYOMING—Farmers Home Administration State Office, Federal Building, Room 1005, 100 E. B. Street, Casper, Wyoming 82601; Soil Conservation Service State Office, Federal Office Building, 100 E. B. Street, Casper, Wyoming 82601; Forest Service National Forest, Shoshone National Forest, 225 W. Yellowstone Highway, P.O. Box 2140, Cody, Wyoming 82414; Forest Service National Forest, Bridger-Teton National Forest, Forest Service Building, 340 N. Cache, P.O. Box 1888, Jackson, Wyoming 83001; Forest Service National Forest, Medicine Bow National Forest, 605 Skyline Drive, Laramie, Wyoming 82070; Forest Service National Forest, Bighorn National Forest, 1969 S. Sheridan Avenue, Sheridan, Wyoming 82801.

PUERTO RICO—Farmers Home Administration State Office, Federal Building, Carlos Chardon Street, G.P.O. Box 8106G, Hato Rey, San Juan, Puerto Rico 00918; Soil Conservation Service Caribbean Office, Federal Office Building, Chardon Avenue, Hato Rey, Puerto Rico 00918; Forest Service National Forest, Caribbean National Forest and State and Private Forestry Programs, Box AQ, Rio Piedras, Puerto Rico 00928.

HEADQUARTERS—Agricultural Marketing Service, Personnel Division, Room 1709-S, Washington, D.C. 20250; Agricultural Stabilization and Conservation Service, Personnel Division, Room 4752-S, Washington, D.C. 20250; Animal and Plant Health Inspection Service, Human Resources Division, Room 213, Federal Building, Hyattsville, MD 20782; Economics Management Staff, Personnel Division, Room 1443-S, Washington, D.C. 20250; Extension Service, Personnel Division, Room 3552-S, Washington, D.C. 20250; Farmers Home Administration Personnel Division, Room 6900-S, Washington, D.C. 20250; Federal Crop Insurance Corporation, Personnel Division, Room 4616-S, Washington, D.C. 20250; Foreign Agricultural Service, Personnel Division, Room 5627-S, Washington, D.C. 20250; Forest Service, Division of Personnel Management, Room 910, Rosslyn Plaza E. Arlington, VA 22209; Food and Nutrition Service, Personnel Division, Park Office Center, Room 813, 3101 Park Center Drive, Alexandria, Va 22302; Office of Inspector General, Personnel Management Staff, Room 16-E, Washington, D.C. 20250; Office of International Cooperation and Development, Personnel Office, Auditors Building, Room 3118, Washington, D.C. 20250; Office of Personnel, Personnel Operations, Room 31-W, Washington, D.C. 20250; Soil Conservation Service, Personnel Staff, P.O. Box 2890, Washington, D.C. 20013; Soil Conservation Service National Office, Administrative Staff, P.O. Box 2890, Washington, D.C. 20013; Rural Electrification Administration, Personnel Management Division, Room 4031-S, Washington, D.C. 20250; Food Safety and Inspection Service, Personnel Division, Room 3161-S, Washington, D.C. 20250.

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**
Current and prior employees of USDA and applicants who were not hired, as well as its permittees, cooperators and contractors.

**CATEGORIES OF RECORDS IN THE SYSTEM:**
The system consists of personnel (Official Personnel Folders, Applicant Supply Files, performance files, retention lists, appeals, grievances, complaints, disciplinary, conflict of interest, health, suggestion and incentive awards, accident, training, time and attendance, travel voucher, and classification files) and payroll data needed to conform to all applicable laws, Government regulations and procedures, and the needs of the Department and agencies in carrying out their personnel management responsibilities.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**
5 U.S.C. 301.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**
Referral to: (1) Office of Personnel Management for required action, records and reports; (2) Department of Treasury for issuance of checks and bonds; (3) Department of Labor for Office of Workers Compensation Program and Office of Safety and Health Administration; (4) Department of Commerce for distribution of Federal payrolls; (5) Congress for special reports; (6) White House for special reports; (7) Office of Management and Budget for special reports; (8) General Accounting Office for special reports; (9) Department of Justice; (10) General Services Administration for records retirement and/or destruction; (11) State Department for passport and foreign assignments; (12) Department of Transportation, Environmental Protection Agency and cooperating state and local agencies for accident and safety records; (13) Internal Revenue Service and State and local government for matters in connection with payment of income taxes; (14) Social Security Administration for social security payment information; (15) United Fund for reports and records; (16) Department of Health and Human Services for scheduling physical examinations; (17) all Government agencies and potential employers concerning employment inquiries; (18) Equal Employment Opportunity Commission for handling complaints; (19) appropriate agency, whether Federal, State, local or foreign, charged with the responsibility of investigating or prosecuting a violation of law, or of enforcing or implementing the statute, rule, regulatoin or order issued pursuant thereto, of any record within this system when information available indicates a violation or potential violation of law, whether civli, criminal or regulatory in nature, and whether arising by general statute or othe particular program statute, or by rule, regulation or order issued pursuant thereto; (20) a court, magistrate or **\*48077** administrative tribunal, or to opposing counsel in a proceeding before any of the above, of any record within the system which constitutes evidence in that proceeding, or which is sought in the course of discovery and (21) any agency of the Federal Government which has identified USDA employees as having defaulted in the repayment of an obligation incurred under any statutory authority except the Internal Revenue Code, the Social Security Act or the U.S. tariff laws.

**POLICIES AND PRACTICES FOR STORING, RETRIEVING, ACCESSING, RETAINING AND DISPOSING OF RECORDS IN THE SYSTEM:**

**STORAGE:**
Records are maintained in file folders at the applicable address listed above, except for the National Finance Center where they are maintained on computer tape and disk storage.

**RETRIEVABILITY:**
Records are indexed by name of employee and/or identification number.

**SAFEGUARDS:**
Records are kept in locked files, locked offices and/or in secured computer tape storage rooms.

**RETENTION AND DISPOSAL:**

Records are maintained indefinitely until employees are separated from the Department and are then retired or transferred to a new employing agency or destroyed in conformance with appropriate General Services Administration retirement and/or destruction Schedules.

**SYSTEM MANAGER(S) AND ADDRESS:**

Director, Office of Personnel, USDA, Washington, D.C. 20250.

**NOTIFICATION PROCEDURE:**

Employees may request information from this system from the appropriate personnel office having custody of his/her records. A request for information should be addressed to the Director, Personnel Division, (name of appropriate Agency) USDA at the address shown under location and should contain:

Name of requestor, employing agency in USAD or agency to which information was furnished, address of agency and particular information requested.

**RECORD ACCESS PROCEDURES:**

Any individual may obtain information as to the procedures for gaining access to and contesting a record in the system which pertains to him/her by submitting a written request to the appropriate offices referred to in the preceding paragraph.

**CONTESTING RECORD PROCEDURES:**

Same as Record access procedures.

**RECORD SOURCE CATEGORIES:**

Information in this system comes from the employees applicants, permittees, cooperators, contractors, employee's personnel offices, supervisors, references, investigative personnel, colleges and universities and former employers.

Dated: December 5, 1984.

John R. Block,

Secretary of Agriculture.

[FR Doc. 84-32143 Filed 12-7-84; 8:45 am]†

BILLING CODE 3410-01-M

---

**End of Document**  © 2015 Thomson Reuters. No claim to original U.S. Government Works.