# EXHIBIT B

**Free, Ayana (USAVAE)**

| | |
|---|---|
| **From:** | Glenn Stephens <drghs3@gmail.com> |
| **Sent:** | Monday, June 22, 2015 8:06 PM |
| **To:** | Free, Ayana (USAVAE) |
| **Subject:** | Re: Civil Action No. 1:15cv726 (LMB/IDD) - Bill of Particulars |

LOL

On Mon, Jun 22, 2015 at 7:48 PM, Free, Ayana (USAVAE) <Ayana.Free@usdoj.gov> wrote:

Mr. Stephens,

According to the signed certificate of service, you filed a bill of particulars and accompanying exhibits (attached as Exhibit A) with the clerk of the Falls Church General District Court and served the former named defendant, Tina Quarles, via U.S. mail, on June 15, 2015. Notwithstanding the fact that this case had already been removed from the Falls Church General District Court to the U.S. District Court for the Eastern District of Virginia on June 9, 2015, and you were notified in person and in writing that I am the attorney of record, you continue to submit filings in state court and serve the former named defendant, Ms. Quarles. As I stated in my email correspondence of June 11, 2015, "I am the attorney of record representing the United States in this matter. Please direct any and all future correspondence on this case to me. My contact information has been provided to you and is also included below."

Further, the attached documents contain information protected from disclosure by the Privacy Act, 5 U.S.C. § 552a, and that information should not have been filed in a public docket. Accordingly, all personal information, aside from yours and that of Ms. Quarles, has been redacted from this attachment.

For the record, I will notify the U.S. District Court of these filings.

Regards,

Ayana N. Free
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3785 (phone)
(703) 299-3983 (fax)
ayana.free@usdoj.gov