IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GLENN H. STEPHENS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:15-cv-00726 (LMB/IDD) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Defendant's Motion to Dismiss [Dkt. No. 4] is GRANTED and the Plaintiff's Second Motion to Strike and Motion Opposing Subtitution [sic] and Dismissal [Dkt. No. 14], Plaintiff's Motion for Sanctions [Dkt. No. 16], and Plaintiff's Motion in Limine to Exclude or Redact [Dkt. No. 23] are DENIED, and it is hereby

ORDERED that the Complaint be and is DISMISSED.

To appeal these decisions plaintiff must file a written Notice of Appeal with the Clerk of this Court within 60 days of receipt of this Order. Failure to file a timely Notice of Appeal waives appellate review of this Order.

The Clerk is directed to enter judgment in the defendant's favor pursuant to Fed. R. Civ. P. 58, forward copies of this Order and the accompanying Memorandum Opinion to counsel of record and the plaintiff, pro se, and close this civil action.

Entered this 14th day of August, 2015.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge